

**Entered on Docket
June 15, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-77651

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-25203-mkn |
|---|---|
| Manuel Molina and Sandra J. Molina | Date: March 10, 2010<br>Time: 1:30 pm |
|  | Chapter 13 |
| Debtors |  |

### ORDER ON SECURED CREDITOR, WELLS FARGO BANK, NA's
### MOTION FOR RELIEF FROM AUTOMATIC STAY

Secured Creditor, Wells Fargo Bank, NA's ("Movant and/or "Secured Creditor" herein) motion for relief from automatic stay was heard on the above date and time.

The Court, having read the pleadings, documents and hearing oral argument, makes its Order as follows:

This ORDER pertains to the subject property, generally described as 8300 Hollow Wharf Dr, Las Vegas, NV 89128, and legally described as follows:

> LOT TWO HUNDRERD NINETY-THREE (293) IN BLOCK EIGHT (8) OF SOUTH SHORES ESTATES UNIT 6, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 43 OF PLATS, PAGE 65 IN THE OFFICE OF THE COUNTYRECORDER OF CLARK COUNTY, NEVADA.

IT ORDERED, ADJUDGED and DECREED that

1. The total post petition arrearage itemized below shall be paid by the Chapter 13 Trustee immediately:

| | |
|---|---|
| Monthly Payments(s) at $1,751.70 (November 1, 2009 - March 1, 2010) | $8,758.50 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Accrued Late Fees | $149.88 |
| Total | $9,808.38 |

2. In addition to the payment listed in Paragraph 1, the Trustee will continue to timely make the regular monthly payments pursuant to Debtor's amended Chapter 13 Plan 2 filed on October 19, 2009.

///

///

///

///

3. IT IS FURTHER ORDERED that the terms of Plan of Reorganization proposed for confirmation shall be consistent herewith. Any inconsistency herewith, or the inability of the Debtor to have a Plan confirmed for any reason, shall constitute an event of default by Debtor, and no further notice is required.

IT IS SO ORDERED.

Dated: _____

By: _____

Submitted by:

**WILDE & ASSOCIATES**

By: *[signature]* #10235
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: *[signature]* #9353
George Haines
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Rick A. Yarnall
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_X\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_X\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_X\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor